UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23741-CIV-KING/MCALILEY

A.G. FINDINGS & MFG. CO., INC., d/b/a
BALLISTIC CASE CO., a Florida corporation,

    Plaintiff,

v.

CELL-NERDS, LLC, a Florida corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Notice of Settlement and Stipulation of Dismissal (D.E. #25) filed May 10, 2013, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED without prejudice.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **January 3, 2014** and the **Trial** previously set for **March 3, 2014** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 13th day of May, 2013.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record